## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:23-cv-00309-WCM

| | | |
|---|---|---|
| EDWIN BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPUTY STEPHEN DARNELL, | ) | ORDER |
| *in his individual and official capacity*; | ) | |
| CAMERON SINGLETON, | ) | |
| *in his individual and official capacity*; | ) | |
| SERGEANT BRANDON GODMAN, | ) | |
| *in his individual and official capacity*; | ) | |
| SHERIFF LOWELL GRIFFIN, | ) | |
| *in his individual and official capacity* | ) | |
| *as Sheriff of Henderson County*; | ) | |
| DEPUTIES JOHN DOES 1–10, | ) | |
| *in their individual and official capacities*; | ) | |
| and WESTERN SURETY COMPANY, | ) | |
| *as Surety for the Sheriff*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendants' Motion to Compel Plaintiff to Sit for Live Deposition (the "Motion to Compel," Doc. 26) and a related Motion to Seal (Doc. 29).

After these motions were filed, counsel advised that the parties had reached a settlement. Accordingly, the Motion to Compel will be denied as moot.

1

With respect to the Motion to Seal, that motion requests that a letter from Plaintiff's provider that pertains to Plaintiff's mental health be sealed. Considering the nature of the letter as well as the requirements of Local Civil Rule 6.1 and the factors set out in <u>Ashcraft v. Conoco, Inc.</u>, 218 F.3d 288, 302 (4th Cir. 2000), the Motion to Seal will be granted.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Compel Plaintiff to Sit for Live Deposition (Doc. 26) is **DENIED AS MOOT**.

2. The Motion to Seal (Doc. 29) is **GRANTED,** and the letter (Doc. 28) shall remain **SEALED** until further order of the Court.

Signed: November 7, 2024

W. Carleton Metcalf
United States Magistrate Judge